HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD AUSTIN, an individual, on behalf of himself, the general public, and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware Corporation authorized to do business in the State of Washington,<br><br>    Defendant. | Case No. C-09-1679 JLR<br><br>**JOINT STATUS REPORT AND RULE 26(f) DISCOVERY PLAN** |

Plaintiff Richard Austin ("Plaintiff") and Defendant Amazon.com, Inc. ("Defendant") submit the following Joint Status Report pursuant to the Court's *Scheduling Order*.

---

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS REPORT AND RULE 26(f) DISCOVERY PLAN Case No. C-09-1679 JLR
DB2/21569923.3

MORGAN, LEWIS & BOCKIUS LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CA 94105
TEL: (415) 442-1000
FAX: (415) 442-1001

## I. NATURE OF THE CASE

### A. Plaintiff's Claims

Plaintiff claims that Defendant's policy of rounding off time to the nearest seven and one half minutes combined with its other policies and procedures violates the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. Section 207, and those applicable state laws that mirror or adopt by reference the federal overtime law.

### B. Defendant's Defenses

Defendant denies any liability for Plaintiff's claims, and is moving this Court to dismiss Plaintiff's First Amended Complaint with prejudice for failure to state a claim, on the grounds that the conduct at issue – maintaining both a rounding policy and an attendance policy – is not unlawful and Plaintiff has failed to provide any factual support showing that he was actually harmed by these policies. The Motion to Dismiss is noted for March 26, 2010.

## II. STATEMENT OF ADR METHOD

Should the case remain pending, the parties propose engaging in private mediation within eight (8) months from the filing of this Report. This will allow time for the adjudication of Defendant's Motion to Dismiss and for discovery sufficient to facilitate a meaningful mediation.

## III. JOINDER OF ADDITIONAL PARTIES

The parties are not aware of any additional parties to be joined at this time.

## IV. DISCOVERY

### A. FRCP 26(f) Conference and FRCP 26(a) Initial Disclosures

The parties participated in a conference pursuant to Fed. R. Civ. P. 26(f) on February 25, 2010. Given that the pending Motion to Dismiss, if granted in whole or in part, would dispose of one or all of Plaintiff's claims, the Parties propose delaying the exchange of initial disclosures until after the Court has ruled on the Motion to Dismiss and the pleadings are settled.

### B. Subject of Discovery

Plaintiff anticipates seeking discovery on Defendant's payroll and timekeeping policies and electronic records. Defendant asserts that Plaintiff's Amended Complaint should be dismissed, with prejudice, and no discovery would therefore be needed. Should the Court deny

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS REPORT AND RULE 26(f)
DISCOVERY PLAN Case No. C-09-1679 JLR    2

MORGAN, LEWIS & BOCKIUS LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CA 94105
TEL: (415) 442-1000
FAX: (415) 442-1001

Defendant's Motion to Dismiss in whole or in part, the parties will embark on discovery and will update the Court accordingly.

### C. Changes to Discovery Limitations

The parties do not, at this time, propose any additional changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure.

### D. Expense Management

Should the Court deny Defendant's Motion to Dismiss in whole or in part, the parties propose exchanging some documents pertaining to Plaintiff informally. Defendant also proposes focusing discovery on the viability of Plaintiff's individual claims and issues relevant to collective certification prior to the adjudication of any collective notice motion.

### E. Orders

The parties do not propose that the Court enter any other orders under Fed. R. Civ. P 26(c) or under Local Rule CR 16(b) and (c).

## V. CUT-OFF DATES AND SCHEDULING

The parties agree that setting deadlines for discovery cut-off before the Court has ruled on Defendant's Motion to Dismiss is premature. The parties propose submitting an additional Joint Status Report with deadlines after the Court has ruled on the Motion to Dismiss and the pleadings are settled, at which time the parties will be better able to assess the nature and extent of discovery needed to prepare for summary judgment, collective certification and trial.

## VI. REFERRAL TO MAGISTRATE JUDGE

The parties do not consent to the assignment of this case to a full-time Magistrate Judge.

## VII. BIFURCATION

Defendant asserts that, should the Court deny Defendant's Motion to Dismiss in whole or in part, discovery should be bifurcated. Specifically, prior to certification, discovery should be focused on the merits of Plaintiff's individual claim and on issues relevant to collective certification.

## VIII. PRE-TRIAL STATEMENTS

The parties assert that determining the necessity of pretrial statements and pretrial orders

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS REPORT AND RULE 26(f)
DISCOVERY PLAN Case No. C-09-1679 JLR         3

MORGAN, LEWIS & BOCKIUS LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CA 94105
TEL: (415) 442-1000
FAX: (415) 442-1001

is premature at this time. Should the Court deny Defendant's Motion to Dismiss in whole or in part, the parties will be better able to assess this issue after conducting discovery and engaging in private mediation.

**IX.    SUGGESTIONS FOR SHORTENING/SIMPLIFYING CASE**

In addition to the suggestions described above, Defendant submits that issues in this case may be narrowed by a dispositive motion for summary judgment.

**A.    Estimate of Trial Date**

The parties cannot anticipate at this early stage when this case will be ready for trial.

**B.    Demand for Jury Trial**

Plaintiff seeks a non-jury trial.

**C.    Estimate of Trial Time**

The parties cannot anticipate at this early stage the number of trial days needed to adjudicate the issues in this case.

**X.    NAMES, ADDRESSES AND TELEPHONE NUMBERS OF TRIAL COUNSEL**

A complete list of counsel representing the parties are provided below.

**XI.    SERVICE OF PARTIES**

All defendants have been served.

**XII.    SCHEDULING CONFERENCE**

The parties do not request a scheduling conference prior to a scheduling order being entered in this case.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS REPORT AND RULE 26(f)
DISCOVERY PLAN Case No. C-09-1679 JLR        4

MORGAN, LEWIS & BOCKIUS LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CA 94105
TEL: (415) 442-1000
FAX: (415) 442-1001

| | | |
|---|---|---|
| 1 | Dated: February 26, 2010 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By _____/s/ Theresa Mak_____ |
| 4 | | Theresa Mak |
| 5 | | REBECCA EISEN, State Bar No. 96129<br>THERESA MAK, State Bar No. 211435 |
| 6 | | *Admitted pro hac vice*<br>MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 8 | | Tel: 415.442.1000<br>Fax: 415.442.1001 |
| 9 | | reisen@morganlewis.com<br>tmak@morganlewis.com |
| 10 | | RICHARD G. ROSENBLATT, State Bar No. RR6720 |
| 11 | | *Admitted pro hac vice*<br>MORGAN, LEWIS & BOCKIUS LLP |
| 12 | | 502 Carnegie Center<br>Princeton, NJ 08540-6241 |
| 13 | | Tel: 609.919.6600<br>Fax: 609.919.6701 |
| 14 | | rrosenblatt@morganlewis.com |
| 15 | | HARRY KORRELL, State Bar No. 23173<br>DAVIS WRIGHT TREMAINE LLP |
| 16 | | 1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045 |
| 17 | | Tel: 206.757.8080<br>Fax: 206.757.7700 |
| 18 | | harrykorrell@dwt.com |
| 19 | | Attorneys for Defendant<br>AMAZON.COM INC. |
| 20 | | |
| 21 | Dated: February 26, 2010 | THIERMAN LAW FIRM |
| 22 | | |
| 23 | | By _____/s/ Mark R. Thierman_____ |
| 24 | | Mark R. Thierman, NV Bar # 8285<br>THIERMAN LAW FIRM |
| 25 | | 7287 Lakeside Drive<br>Reno, NV 89511 |
| 26 | | Tel: 775.284.1500 |
| 27 | | |
| 28 | | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS REPORT AND RULE 26(f)
DISCOVERY PLAN Case No. C-09-1679 JLR        5

MORGAN, LEWIS & BOCKIUS LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CA 94105
TEL: (415) 442-1000
FAX: (415) 442-1001

1
2
3
4
5
6
7
8
9
10
11
12
13

Matthew J. Ide, WSBA No. 26002
IDE LAW OFFICE
Admitted pro hac vice
801 Second Avenue, Suite 1502
Seattle, WA 98104
Tel:  206.625.1326
Fax:  206.622.0909
reisen@morganlewis.com
tmak@morganlewis.com

David R. Markham, CA Bar No. 071814
CLARK & MARKHAM LLP
600 B Street, Suite 2130
San Diego, CA 92101
Tel:  619.239.1321

Walter Haines, CA Bar No. 071074
UNITED EMPLOYEES LAW GROUP, PC
65 Pine Avenue, #312
Long Beach, CA 90802
Tel:  877.696.8378

Attorneys for Plaintiff
RICHARD AUSTIN

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS REPORT AND RULE 26(f)
DISCOVERY PLAN Case No. C-09-1679 JLR       6

MORGAN, LEWIS & BOCKIUS LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CA 94105
TEL: (415) 442-1000
FAX: (415) 442-1001

# CERTIFICATE OF SERVICE

I hereby certify that on this date I served true and correct copies of the foregoing document(s) on parties and their counsel of record, in the manner indicated:

Matthew J. Ide, WSBA No. 26002
IDE LAW OFFICE
801 Second Avenue, Suite 1502
Seattle, WA 98104-1500
Tel: (206) 625-1326
Fax: (206) 622-0909
email: mjide@yahoo.com

☐ Via Messenger
☒ Via ECF Notification
☐ Via Electronic Mail
☐ Via U.S. Mail
☐ Via Overnight Delivery

David R. Markham, CA Bar No. 071814
CLARK & MARKHAM LLP
600 "B" Street, Suite 2130
San Diego, CA 92101
Tel: (619) 239-1321
email: dmarkham@clarkmarkham.com

☐ Via Messenger
☒ Via ECF Notification
☐ Via Electronic Mail
☐ Via U.S. Mail
☐ Via Overnight Delivery

Mark R. Thierman, NV Bar No. 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500
email: laborlawyer@pacbell.net

☐ Via Messenger
☒ Via ECF Notification
☐ Via Electronic Mail
☐ Via U.S. Mail
☐ Via Overnight Delivery

Walter Haines, CA Bar No. 071074
UNITED EMPLOYEES LAW GROUP, PC
65 Pine Avenue, #312
Long Beach, CA 90802
Tel: (877) 696-8378
email: walterhaines@uelglaw.com

☐ Via Messenger
☒ Via ECF Notification
☐ Via Electronic Mail
☐ Via U.S. Mail
☐ Via Overnight Delivery

Dated this 26th day of February 2010

/s/ Theresa Mak
Theresa Mak

DB2/21560898.4

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

JOINT STATUS REPORT AND RULE 26(f) DISCOVERY PLAN Case No. C-09-1679 JLR   7

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001