Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD AUSTIN, an individual, on behalf of himself, the general public, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware Corporation authorized to do business in the State of Washington,<br><br>Defendant. | Case No. 2:09−cv−01679−JLR<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT
CASE NO.: 2:09−cv−01679−JLR

THIERMAN LAW FIRM
7287 LAKESIDE DRIVE
RENO, NEVADA
PH.: 775-284-1500

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiff RICHARD AUSTIN ("Plaintiff") and Defendant AMAZON.COM, INC., ("Defendant") have reached a settlement of Plaintiff's individual claims in the above entitled action. The parties are currently in the process of formalizing the settlement, and Plaintiff anticipates filing his request for dismissal within 15 days.

DATED: December 16, 2010                    CLARK & MARKHAM LLP

                                            By:   /s/ David R. Markham
                                            David R. Markham, CA Bar # 071814
                                            R. Craig Clark, CA Bar # 129219
                                            Laura M. Cotter, CA Bar # 259445
                                            CLARK & MARKHAM LLP
                                            600 B Street, Suite 2130
                                            San Diego, CA 92101
                                            Tel.: (619) 239-1321

                                            THIERMAN LAW FIRM
                                            Mark R. Thierman, NV Bar # 8285
                                            THIERMAN LAW FIRM
                                            7287 Lakeside Drive
                                            Reno, NV 89511
                                            Tel.: (775) 284-1500

                                            Matthew J. Ide, WSBA No. 26002
                                            IDE LAW OFFICE
                                            801 Second Avenue, Suite 1502
                                            Seattle, WA  98104-1500
                                            Tel.: (206) 625-1326
                                            Fax: (206) 622-0909
                                            Walter Haines, CA Bar # 071074
                                            UNITED EMPLOYEES LAW GROUP, PC
                                            65 Pine Avenue, #312
                                            Long Beach, CA 90802
                                            Tel.: (877) 696-8378

                                            *Attorneys for Plaintiff*

NOTICE OF SETTLEMENT
CASE NO.: 2−09−cv−01679−JLR

THIERMAN LAW FIRM
7287 LAKESIDE DRIVE
RENO, NEVADA
PH.: 775-284-1500

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served true and correct copies of the foregoing document(s) on parties and their counsel of record, in the manner indicated:

| | |
|---|---|
| REBECCA EISEN<br>THERESA MAC<br>*Admitted pro hac vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.553.1000<br>Fax: 415.442.1001 | ☐ Via Messenger<br>☒ Via ECF Notification<br>☐ Via Electronic Mail<br>☐ Via U.S. Mail<br>☐ Via Overnight Delivery<br>☐ Via Facsimile |
| RICHARD G. ROSENBLATT<br>*Admitted pro hac vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>502 Carnegie Center<br>Princeton, NJ 08540-6241<br>Tel: 609.919.6600<br>Fax: 609.919.6701 | ☐ Via Messenger<br>☒ Via ECF Notification<br>☐ Via Electronic Mail<br>☐ Via U.S. Mail<br>☐ Via Overnight Delivery<br>☐ Via Facsimile |
| HARRY KORRELL<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206.757.8080<br>Fax: 206.757.7700 | ☐ Via Messenger<br>☒ Via ECF Notification<br>☐ Via Electronic Mail<br>☐ Via U.S. Mail<br>☐ Via Overnight Delivery<br>☐ Via Facsimile |

Dated this 16th day of December 2010

/s/ Matthew J. Ide
Matthew J. Ide